IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO: 4:10-cv-55

Milton Escoto, Elvin Martinez, )
Yosveny Mazariegos, Guillermo )
Mercado, Ervin Miguel, Jorge )
Peña, Juan Rosas and Cristian Valdez, )
)
    Plaintiffs )
)
v. ) DEFAULT
)
Richard C. Anderson d/b/a Anderson )
Farms, Efrain Cortez and Cesar )
Espinoza, )
)
    Defendants )

    Upon motion, request, and proper showing by counsel for Plaintiffs in the above-captioned action for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the above-named Defendants Richard C. Anderson d/b/a Anderson Farms, Efrain Cortez and Cesar Espinoza, having failed to appear, plead, or otherwise defend, default is hereby entered against the Defendants Richard C. Anderson, Efrain Cortez and Cesar Espinoza.

So Ordered, this 30th day of June, 2010.

_____
Dennis P. Iavarone
Clerk of Court, U.S. District Court for the Eastern District of North Carolina